# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11cr83

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) | |
| Vs. ) | ORDER |
| ) | |
| OMAR DUPRAZ CRITTINGTON, ) ) | |
| Defendant. ) _____ ) | |

**THIS MATTER** is before the court on defendant's pro se:

(1)   Affidavit to Dismiss (#37);

(2)   Affidavit of Counter Demand (#38); and

(3)   Affidavit of Ineffective Assistance of Counsel (#39).

As defendant is represented by counsel, these motions will be summarily denied. L.Cr.R. 47.1(H). While there may be other people in the local jail who believe such filings are a good thing, defendant is advised that he has nothing to gain by making such filings and everything to lose as such uncounseled pleadings may be considered admissions and used against him at sentencing. Defendant is advised to consult with his very experienced attorney in preparing for sentencing.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se:

(1)   Affidavit to Dismiss (#37);

(2)   Affidavit of Counter Demand (#38); and

(3)   Affidavit of Ineffective Assistance of Counsel (#39),

are **DENIED**.

Signed: June 18, 2012

Max O. Cogburn Jr.
United States District Judge