# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr83

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) ORDER |
| OMAR DUPRAZ CRITTINGTON, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's *pro se* letter (#41) dated July 16, 2012. As defendant is represented by counsel, such letter, to the extent it seeks relief, will be summarily denied. L.Cr.R. 47.1(H). In that letter, defendant raises personal security concerns as to his housing pending sentencing. Defendant is advised that it is the United States Marshal and not the court that determines jail security matters and that a copy of such letter and this Order will be sent to the United States Marshal in an abundance of caution.

## ORDER

**IT IS, THEREFORE, ORDERED** that the relief sought in defendant's pro se letter (#41) is **DENIED**.

The Clerk of Court is instructed to send a copy of such letter and this Order to the United States Marshal for whatever action he deems appropriate.

Signed: August 7, 2012

Max O. Cogburn Jr.
United States District Judge