# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr83

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| OMAR DUPRAZ CRITTINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's second *pro se* letter (#43). As defendant is represented by counsel, such letter, to the extent it seeks relief, will be summarily denied. L.Cr.R. 47.1(H). In that letter, defendant also raises issues concerning dissatisfaction with the efforts of court appointed counsel, and the Clerk has properly docketed such letter as a Motion for Inquiry of Counsel, which is an exception under L.Cr.R. 47.1(H). To the extent an inquiry as to counsel has been made, such motion will be referred to a magistrate judge for disposition.[1]

## ORDER

**IT IS, THEREFORE, ORDERED** that the relief sought in defendant's second pro se letter (#43), other than an inquiry as to counsel, is **DENIED**. The inquiry as to counsel is referred to the magistrate judge for disposition.

---

[1] Defendant also annexed a copy of correspondence addressed to the United States Marshal. Defendant is advised to send such correspondence to the Marshal and not the court.

-1-

Signed: September 30, 2012

Max O. Cogburn Jr.
United States District Judge